AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| WILSON VILLA<br><br>*Plaintiff(s)*<br>v.<br>TURCIOS GROUP CORP, and HENRY TURCIOS<br><br>*Defendant(s)* | Civil Action No.<br><br>1:21-cv-23709-MGC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HENRY TURCIOS

   14469 SW 50 TERRA
   MIAMI, FL 33175


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
   9100 S. Dadeland Blvd.
   Suite 1500
   Miami, FL 33156
   Tel: 305-446-1500

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Oct 21, 2021

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| WILSON VILLA<br><br>*Plaintiff(s)*<br>v.<br>TURCIOS GROUP CORP, and HENRY TURCIOS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:21-cv-23709-MGC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TURCIOS GROUP CORP through its Registered Agent:

TURCIOS, HENRY
14469 SW 50 TERRA
MIAMI, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Oct 21, 2021

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts