UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

## STATEMENT OF CLAIM

Plaintiff WILSON VILLA, by and through its undersigned counsel, hereby submits pursuant to the Honorable Judge Marcia G. Cooke's Order, dated October 26, 2021 [D.E. 4], Plaintiff's Statement of Claim. As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available. Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons. Discovery is ongoing.

2. On October 20, 2021, Plaintiff WILSON VILLA, through its undersigned counsel filed his Fair Labor Standards Act cause of action against his former employers Defendants TURCIOS GROUP CORP, and HENRY TURCIOS, individually.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is

ongoing. As such, subject to such additional or different information that discovery or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

A. **Overtime:** $35,644.60

   a. Total amount of alleged unpaid O/T wages:

   Thirty-Five Thousand Six Hundred Forty-Four Dollars and 60/100 ($35,644.60)

   b. Calculation of such wages:

   Total weeks of employment: More than 8 years
   Total number of relevant weeks: 147 weeks

   **1.- Overtime for 95 weeks with 5 days/ 47.5 working hours**

   Total relevant weeks: 95 weeks
   Total hours worked: 47.5 hours weekly
   Total unpaid O/T hours: 7.5 O/T hours weekly
   Regular rate: $13.50 x 1.5=$20.25
   O/T rate: $20.25

   O/T $20.25 x 7.5 O/T hours=$151.88 weekly x 95 weeks=$14,428.60.

   **2.- Overtime for 52 weeks with 6 days/ 57 working hours**

   Total relevant weeks:52 weeks
   Total hours worked: 57 hours weekly
   Total unpaid O/T hours: 17 O/T hours weekly
   Regular rate: $16.00 x 1.5=$24.00
   O/T rate: $24.00

   O/T $24.00 x 17 O/T hours=$408.00 weekly x 52 weeks=$21,216.00

   Total # 1 and #2: $35,644.60

   c. Nature of wages (e.g., overtime or straight time):

   This amount represents unpaid overtime wages

B. <u>Attorney's Fees and Costs</u>:  **To be determined.**

4. Plaintiff WILSON VILLA is owed the amount of Thirty-Five Thousand Six Hundred Forty-Four Dollars and 60/100 ($35,644.60) in unpaid overtime; plus a reasonable amount in Attorney's Fees and Costs.

5. Therefore, Plaintiff is owed the amount of $71,289.20 ($35,644.60 unliquidated + $35,644.60 liquidated) plus his lost wages and a reasonable amount in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff WILSON VILLA, files his Statement of Claim.

Dated: November 11, 2021

                        Respectfully submitted,

                        **ZANDRO E. PALMA, P.A.**
                        **Attorney for Plaintiff**
                        9100 S. Dadeland Blvd, Suite 1500,
                        Miami, Florida, 33156
                        Telephone:  (305) 446-1500
                        Facsimile:   (305) 446-1502
                        zep@thepalmalawgroup.com
                        BY:   **s/Zandro E. Palma**
                        Zandro E. Palma Esq.
                        Florida Bar No.: 0024031

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the

foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*