# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-23709-MGC

Plaintiff:
**WILSON VILLA AND OTHER SIMILARLY SITUATED INDIVIDUALS**

vs.

Defendant:
**TURCIOS GROUP CORP, AND HENRY TURCIOS INDIVIDUALLY,**

For:
Zandro E. Palma
THE LAW OFFICE OF ZANDRO E. PALMA, P.A.
9100 South Dadeland Blvd.
Suite 1500
Miami, FL 33156

Received by Lindsay Legal Services, Inc on the 25th day of October, 2021 at 11:12 am to be served on **TURCIOS GROUP CORP C/O HENRY TURCIOS AS R/A, 14469 SW 50 TERR, MIAMI, FL 33175**

I, DANNY ALONSO, do hereby affirm that on the **11th day of November, 2021** at **9:00 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **HENRY TURCIOS** as **Registered Agent** at the address of: **14469 SW 50 TERR, MIAMI, FL 33175** on behalf of **TURCIOS GROUP CORP**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Hispanic, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

## RETURN OF SERVICE For 1:21-CV-23709-MGC

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**DANNY ALONSO**
Process Server #1505

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2021002499

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z