UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23709- COOKE/O'SULLIVAN

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff,

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE & EMAIL DESIGNATION

    Notice is hereby given that Danielle Cohen, Esq., and Keith R. Gaudioso, Esq., of Cohen Law, hereby enter appearance on behalf of, Defendants, TURCIOS GROUP CORP, and HENRY TURCIOS. Pursuant to the Federal Rules of Civil Procedure, the undersigned requests copies of all notices, pleadings, and other papers filed in this case whether sent by the Court or any other party.

    Defendants, by and through undersigned counsel file this Notice of Designation of E-Mail Addresses for service of pleadings and papers in the above referenced case, and in support thereof, states as follows:

    PRIMARY:  dc@cohenlawpa.com    SECONDARY:  service@cohenlawpa.com
                       kg@cohenlawpa.com

COHEN LAW
2332 Galiano Street, Second Floor, Coral Gables, FL 33134
Telephone: 305.967.7550 Facsimile: 305.547.9922

**COHEN LAW**
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com

*/s/ Keith R Gaudioso*
Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: Zandro E. Palma, Esq., Zandro E. Palma, P.A., 9100 S. Dadeland Blvd., Suite 1500, Miami, FL 33156, zep@thepalmalawgroup.com.

*/s/ Keith R Gaudioso*
Keith R. Gaudioso, Esq.
