UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23709-COOKE/O'SULLIVAN

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff,

v.

TURCIOS GROUP CORP,
and TURCIOS GROUP CORP, individually,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

    Defendants, TURCIOS GROUP CORP and TURCIOS GROUP CORP, herein move unopposed, pursuant to Fed. R. Civ. P. 6(b)(B) and S.D.L.R. 7.1(a)(1)(J), for an extension of time to file their response to Plaintiff's Complaint, and as good cause therefore state as follows:

    1.    On October 20, 2021, Plaintiff filed his Complaint [ECF No. 1].

    2.    The Defendants were served with the Complaint on November 11, with the Defendants' response due on December 2, 2021 [ECF Nos. 6 and 7].

    2.    The undersigned law firm was retained by the Defendants on December 8, 2021 and requires an extension of time of fifteen (15) days to fully investigate Plaintiff's claims and Defendant's potential defenses.

    3.    Accordingly, Defendants respectfully request an extension of time, through December 28, 2021, to file their response to Plaintiff's Complaint.

COHEN LAW
2332 Galiano Street, Second Floor, Coral Gables, FL 33134
Telephone: 305.967.7550 Facsimile: 305.547.9922

4. The Plaintiff will not be prejudiced by this extension of time.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order granting Defendants an extension of time to respond to Plaintiff's Complaint, up to and including December 28, 2021, and granting such further and other relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned hereby certifies that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, and Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

**COHEN LAW**
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel:  (305) 967-7550
Fax:  (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com

*/s/ Keith R Gaudioso*
Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436

### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: Zandro E. Palma, Esq., Zandro E. Palma, P.A., 9100 S. Dadeland Blvd., Suite 1500, Miami, FL 33156, zep@thepalmalawgroup.com.

                                                                                         */s/ Keith R Gaudioso*
                                                                                         Keith R. Gaudioso, Esq.