UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),
v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

## NOTICE OF MEDIATION

Plaintiff, WILSON VILLA by and through undersigned counsel, hereby notifies the Court, that Plaintiff and Defendants have agreed to use for this action: **Dan Feld, Esq**, and the mediation will take place on **February 24, 2022 at 10:00 a.m** via Zoom Video Conference. A proposed Order Scheduling Mediation is provided herewith for the convenience of this Court.

Dated: December 21, 2021

                                              Respectfully submitted,

                                              ZANDRO E. PALMA, P.A.
                                              Attorney for Plaintiff
                                              9100 S. Dadeland Blvd,
                                              Suite 1500,
                                              Miami, Florida, 33156
                                              Telephone: (305)446-1500
                                              Facsimile: (305)446-1502
                                              zep@thepalmalawgroup.com
                                              BY: __/s/ Zandro E. Palma__
                                              Zandro E. Palma Esq.
                                              Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: December 21, 2021

                                          Respectfully submitted,

                                          **/s/ Zandro E. Palma**
                                          ZANDRO E. PALMA, ESQ.
                                          Florida Bar No.: 0024031
                                          zep@thepalmalawgroup.com
                                          ZANDRO E. PALMA, P.A.
                                          9100 S. Dadeland Blvd, Suite 1500,
                                          Miami, Florida, 33156
                                          Telephone: (305) 446-1500
                                          Facsimile: (305) 446-1502
                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**
**1:21-cv-23709-MGC**

Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436
COHEN LAW
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),
v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

## ORDER SCHEDULING MEDIATION

The Mediation in this matter will be held with Mediator **Dan Feld.Esq.**, and the mediation will take place **February 24, 2022 at 10:00 a.m** via Zoom Video Conference.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2021.

                                                                     _____
                                                                       JUDGE MARCIA G. COOKE

Copies provided to: All counsel of Record