UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),
v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

## UNOPOSSED MOTION FOR PLAINTIFF TO APPEAR VIA TELEPHONE OR VIDEOCONFERENCE, OR IN THE ALTERNATIVE, TO CONTINUE SETTLEMENT CONFERENCE

Plaintiff WILSON VILLA (hereinafter, "Plaintiff") by and through undersigned counsel, hereby files this Unopposed Motion for Plaintiff to appear via telephone or videoconference, or in the alternative, to Continue Settlement Conference, and support thereof states as follows:

1. On December 13, 2021, this Honorable Court entered an Order Scheduling Settlement Conference for January 13, 2022 at 10:00 am, before United States Magistrate Judge O'Sullivan [D.E. #12].

2. Prior to this Court's Order Scheduling a Settlement Conference in this matter however, Plaintiff had made arrangements to travel out of the Country to tend family matters related to his father's death from December 31, 2021 to January 16, 2022.

3. Due to Plaintiff's previously arranged trip, Plaintiff files this Motion to appear via telephone or videoconference, or in the alternative, to reschedule the Settlement Conference to a later date.

4. Plaintiff's counsel plans to attend in person at the settlement conference scheduled for January 13, 2022.

5. Plaintiff respectfully requests that this Honorable Court allows Plaintiff's appearance via telephone or videoconference or in the alternative, to continue the settlement conference to a later date.

6. For the convenience of the Court, Plaintiff and Defendants are available on January 27 and 31.

7. This Motion is filed in good faith and not for unreasonable delay or to cause undue hardship.

8. Pursuant to Local Rule 7.1 of the Local Rules for the Southern District of Florida, the undersigned hereby certifies that Plaintiffs have conferred with Defendants' counsel regarding the relief herein sought, and that Defendants' counsel does not object to the requested relief.

9. A proposed order is attached hereto.

Wherefore, Plaintiff WILSON VILLA respectfully requests this Honorable Court grant this Motion and allow Plaintiff to appear via telephone or videoconference.

Dated: December 29, 2021

Respectfully submitted,

**ZANDRO E. PALMA, P.A.**
**Attorney for Plaintiff**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
BY:  **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
BY:  **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**
**1:21-cv-23709-MGC**

Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436
COHEN LAW
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

   Plaintiff(s),
v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

   Defendants,
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR VIA VIDEOCONFERENCE

**THIS CAUSE**, having been set to come before this Honorable Court on Plaintiff's Unopposed Motion for Plaintiff to appear via telephone of videoconference, and the Court being advised of the premises thereof, it is hereby **ORDERED AND ADJUDGED** that said Motion is **GRANTED**.

Plaintiff shall appear via video conference at the settlement conference on January 13, 2022, at 10:00 a.m.

**DONE AND ORDERED** in Chambers, in Dade County, Florida, this _____ day of _____, 2021

                                          _____
                                          **JOHN J. O'SULLIVAN**
                                          **UNITED STATES MAGISTRATE JUDGE**