UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23709-CIV-COOKE/O'SULLIVAN

WILSON VILLA,

    Plaintiff,

v.

TURCIOS GROUP CORP and
HENRY TURCIOS,

    Defendants.
_____/

## AMENDED ORDER SCHEDULING SETTLEMENT CONFERENCE (VIA ZOOM)

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Marcia G. Cooke, United States District Judge, for a settlement conference to be conducted by the Court. As a result of the District Judge's Order of Referral, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A settlement conference in this matter is scheduled before the Court for **10:00 A.M., Thursday, January 13, 2022**. **The parties shall participate in the settlement conference using Zoom. The Court will email counsel the Zoom meeting ID and password. ANY PARTY WHO DOES NOT SPEAK ENGLISH MUST BRING A PROFESSIONAL INTERPRETER TO THE SETTLEMENT CONFERENCE.** The plaintiff(s) and the defendant(s) may not share an interpreter.

2. The settlement conference **shall** be attended by all parties, corporate representatives, and their counsel of record. All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

3. **In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/ representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the**

**party's policy(s), shall be present. Failure of a party representative with full and final authority to make and accept offers of settlement** to attend this conference may result in the Court's *sua sponte* recommendation to the District Judge that sanctions be entered against the offending party.

4. Telephonic attendance **will not be considered** without the Court's prior permission, and unless extraordinary circumstances exist.

5. The conference will not be continued absent extremely compelling circumstances. **Any motion for continuance shall provide dates and times that are available for all parties.**

6. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one.

7. The conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the conference shall remain confidential.

8. The parties are not required to submit any statements/documentation in preparation for the conference.

9. In the event this matter settles prior to the conference, the parties shall immediately advise the Court's chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of December, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE