UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

      Plaintiff(s),

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

      Defendants,

_____/

## **<u>PLAINTIFF'S WITNESS LIST</u>**

Plaintiff, WILSON VILLA, by and through the undersigned counsel, furnish

this witness list and states that Plaintiff will call the following witnesses at the trial

in this matter:

1. **Name**: WILSON VILLA, Plaintiff
   **Address**: c/o Zandro E. Palma, P.A.
   9100 S. Dadeland Blvd, Suite 1500,
   Miami, Florida, 33156
   **Knowledge**: Has knowledge regarding Plaintiff's employment with
   Defendant, the Plaintiff's dates of employment and facts and
   circumstances surrounding Plaintiff's termination.

2. **Name:** HENRY TURCIOS - Defendant
   **Address**:  c/o Keith R Gaudioso, esq.
   2332 Galiano Street, Second Floor, Coral Gables, FL 33134
   **Knowledge**: Has knowledge regarding Plaintiff's employment
   with Defendant

3. **Name**: Maritza Sandino – Plaintiff's spouse
   **Address:** c/o Zandro E. Palma, P.A.

9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
**Knowledge**: Has knowledge regarding Plaintiff's employment with
Defendant

4. **Name:** Ricardo Murillo - Former coworker
   **Address:** Unknown at this time. However, Defendant should have
   records showing his address, since he was employed by Defendant.
   **Knowledge**: Has knowledge regarding Plaintiff's employment with
   Defendant

5. **Name:** Melvin Turcios - Former coworker
   **Address:** Unknown at this time. However, Defendant should have
   records showing his address, since he was employed by Defendant.
   **Knowledge**: Has knowledge regarding Plaintiff's employment with
   Defendant

6. **Name:** Gabriel Murillo - Former coworker
   **Address:** Unknown at this time. However, Defendant should have
   records showing her address, since he was employed by Defendant.
   **Knowledge**: Has knowledge regarding Plaintiff's employment with
   Defendant

7. Defendant's Corporate Representative with the most knowledge of
   Plaintiff's duties and weekly schedule.

8. Defendant's Corporate Representative with the most knowledge of its
   own business practices and its own employee payment practices.

9. Defendant's Corporate Representative with the most knowledge of
   Defendant's finances, wage records and tax returns for the relevant time
   period.

10. Any witnesses listed on Defendants' witness list.

11. Plaintiff reserves the right to supplement this list should it become
    necessary or to add any witness inadvertently omitted.

Dated: January 21, 2022

Respectfully submitted,

**_/s/ Zandro E. Palma_**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: January 21, 2022

Respectfully submitted,

**_/s/ Zandro E. Palma_**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156

Telephone: (305) 446-1500
Facsimile: (305) 446-1502
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE
## 1:21-cv-23709-MGC

Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436
COHEN LAW
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*