UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),
v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT TO ADD DEFENDANTS CONTRACTORS ELECTRICAL SERVICES, INC AND LEONARDO RODRIGUEZ AS PARTIES**

Pursuant to the Federal Rules of Civil Procedure Rule 15 and Local Rule 7.1 of the Local Rules for the Southern District of Florida, Plaintiff respectfully requests an entry of an Order granting Plaintiff's Unopposed Motion for Leave to Amend Complaint to Add Defendants CONTRACTORS ELECTRICAL SERVICES, INC., and LEONARDO RODRIGUEZ as parties. As grounds, Plaintiff states:

1. On or about October 20, 2021, Plaintiff WILSON VILLA (hereinafter "Plaintiff"), filed his complaint against Defendants TURCIOS GROUP CORP and HENRY TURCIOS (hereinafter TURCIOS GROUP, or Defendant), in the Southern District of Florida, Miami Division. Plaintiff alleged that the Defendants willfully and intentionally refused to pay him overtime wages, in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

2. Sometime during the course of litigation, new relevant information surfaced.

3. Defendant CONTRACTORS ELECTRICAL SERVICES, INC. (hereinafter CES, or Defendant) employed Plaintiff. It is a Florida corporation, having a business in Dade County, Florida, where Plaintiff worked.

4. The individual Defendant LEONARDO RODRIGUEZ was and is now the owner/partner/officer and operator of Defendant Corporation CES. This individual Defendant was the employer of Plaintiff and others similarly situated within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)].

5. Pursuant to 29 U.S.C. § 203 (r)(1) and pursuant to 29 C.F.R. §791.2., Defendants TURCIOS GROUP and CES are a joint enterprise and joint employers of Plaintiff.

6. The undersigned counsel has carefully reviewed this case and has determined that in the best interest of justice it is necessary to amend Plaintiff's complaint.

7. Plaintiff now respectfully requests this Honorable Court allow Plaintiff the ability to add CONTRACTORS ELECTRICAL SERVICES, INC., and LEONARDO RODRIGUEZ as additional Defendants to his Complaint, seeking to recover unpaid overtime compensation under the provisions of 29 U.S.C. § 201 et seq.,

8. Plaintiff does not attempt to surprise or prejudice Defendants in any way by requesting to amend his complaint.

9. Justice requires that Plaintiff's Motion to Amend his Complaint be granted, since without such amendment, Plaintiff will lose his right to make this claim against Defendants.

10. The undersigned counsel has in good faith contacted and conferred with Defendant regarding the issues set forth in this Motion. Defendant advised that he does not object to Plaintiff's Motion to Amend.

11. Plaintiff's proposed Amended Complaint is attached to this Motion as **Exhibit A.**

12. A proposed order is attached hereto.

## MEMORANDUM OF LAW

13. Pursuant to the Federal Rules of Civil Procedure 15 and Local Rule 7.1 of the Local Rules for the Southern District of Florida, Plaintiff request entry of an order granting Plaintiff's Motion to Amend his Complaint.

14. In *Foman v. Davis*, 371 U.S. 178, 182 (1962), the Supreme Court found that leave to amend should be freely given. See also *Technical Resource Servs. v. Dornier Med. Sys.*, 134 F.3d 1458, 1463 (11th Cir. 1998).

15. Here, Defendants will not be unfairly prejudiced by this amendment since Defendants have first-hand knowledge of the facts giving rise to the new allegations, since the remaining amendments to the Complaint merely make it conform to regulations to file complaints under the Fair Labor Standards Act 29 U.S.C.§201 et seq. ("FLSA"),

WHEREFORE, Plaintiff requests this Honorable Court Grant this Motion to Amend the Complaint to add Defendants CONTRACTORS ELECTRICAL SERVICES, INC., and LEONARDO RODRIGUEZ as parties.

Dated: February 3, 2022                                 Respectfully submitted,

                                                        **ZANDRO E. PALMA, P.A.**
                                                        9100 South Dadeland Blvd. Suite 1500
                                                        Telephone:(305) 446-1500
                                                        Facsimile: (305) 446-1502
                                                        zep@thepalmalawgroup.com

                                                        By: **/s/ Zandro E. Palma**
                                                            Zandro E. Palma, Esq.
                                                           Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      Respectfully submitted,

      **/s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile:  (305) 446-1502
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**
**1:21-cv-23709-MGC**

Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436
COHEN LAW
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD DEENDANTS CONTRACTORS ELECTRICAL SERVICES, INC., and LEONARDO RODRIGUEZ AS PARTIES**

**THIS CAUSE**, having been set to come before this Honorable Court on Plaintiff's Motion to Amend Complaint, and the Court being advised of the premises thereof, it is hereby

**ORDERED AND ADJUDGED** that said Motion is **GRANTED**.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this_____ day of____, 2022.

                                                          _____
                                                          **MARCIA G. COOKE**
                                                          **US DISTRICT JUDGE**