UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23709-COOKE/DAMIAN

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff,

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually,

    Defendants.
_____/

## DEFENDANTS' WITNESS LIST

Defendants, TURCIOS GROUP CORP ("TGC") and HENRY TURCIOS ("TURCIOS"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 12, herein file their Witness List, and state as follows:

1. Henry Turcios
   c/o Cohen Law
   2332 Galiano Street
   Second Floor
   Coral Gables, FL 33134

   Mr. Turcios has knowledge regarding Plaintiff's employment with Defendant TGC.

2. Wilson Villa
   c/o Zandro E. Palma, P.A.
   9100 S. Dadeland Blvd, Suite 1500,
   Miami, Florida, 33156

   Mr. Villa has knowledge regarding Plaintiff's employment with Defendant TGC.

3. Leonardo Rodriguez
   Contractors Electrical Services, Inc.
   11741 SW 152 Path
   Miami, FL 33196

Mr. Rodriguez has knowledge regarding Plaintiff's employment with Contractors Electrical Services, Inc. and Plaintiff's work schedule and hours worked.

4. Corporate representative for Contractors Electrical Services, Inc.
11741 SW 152 Path
Miami, FL 33196

Corporate representative with knowledge concerning payroll, work schedules, and Plaintiff's hours worked.

5. Ricardo Murillo
6347 SW 138 Place
Miami, FL 33183

Mr. Murillo has knowledge regarding Plaintiff's employment, work schedule, and hours worked with Defendant TGC.

6. Melvin Turcios
6311 SW 138 Path
Miami FL 33183.

Mr. Turcios has knowledge regarding Plaintiff's employment, work schedule, and hours worked with Defendant TGC.

7. All witnesses listed by Plaintiff.

8. Defendants reserve the right to supplement this list as discovery is ongoing.

Respectfully submitted,

**COHEN LAW**
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com

*/s/ Keith R Gaudioso*
Danielle Cohen, Esq.
Fla. Bar No.: 27623

                                                  Keith R. Gaudioso, Esq.
                                                  Fla. Bar No.: 34436

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: Zandro E. Palma, Esq., Zandro E. Palma, P.A., 9100 S. Dadeland Blvd., Suite 1500, Miami, FL 33156, zep@thepalmalawgroup.com.

                                                  */s/ Keith R Gaudioso*
                                                  Keith R. Gaudioso, Esq.