UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,
_____/

## JOINT NOTICE OF CANCELLATION AND MOTION TO RESCHEDULE MEDIATION

Plaintiff WILSON VILLA and Defendants TURCIOS GROUP CORP and HENRY TURCIOS respectfully file this notice of cancellation and request entry of an order granting the Parties' Motion to Reschedule Mediation. As grounds, the Parties state:

1. On or about December 21, 2021, Plaintiff filed a Notice of mediator Selection and Hearing. Mediation is scheduled for February 24, 2022 [D.E. 15].

2. On or about February 3, 2022, Plaintiff filed his motion for leave to file first amended complaint to add Defendants Contractors Electrical Services, Inc and Leonardo Rodriguez as parties.

3. On February 24, 2022, Plaintiff's motion was granted, and the amended complaint was filed with the Court [D.E 25].

4. It is Defendant's position that the additional defendants are necessary parties.

5. As of today, the additional defendants have not yet been served.

6. Furthermore, Defendant indicated that the scheduled mediation should be cancelled until Plaintiff completes the process of adding the additional Defendants.

7. Due to the reasons set forth above, the undersigned respectfully requests that the Court grants this motion to reschedule mediation for April 29, 2022 at 2 :00 pm.

8. This motion is made in good faith and not made for the purpose of delay.

9. A proposed order is attached hereto.


Dated: February 24, 2022                                   Respectfully submitted,

                                                    **ZANDRO E. PALMA, P.A.**
9100 South Dadeland Blvd. Suite 1500
Telephone:(305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com

By:  **/s/ Zandro E. Palma**
     Zandro E. Palma, Esq.
     Florida Bar No.: 0024031


**CERTIFICATE OF SERVICE**

     I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

 **/s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile:  (305) 446-1502
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**
**1:21-cv-23709-MGC**

Danielle Cohen, Esq.
Fla. Bar No.: 27623
Keith R. Gaudioso, Esq.
Fla. Bar No.: 34436
COHEN LAW
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550
Fax: (305) 547-9922
Email: kg@cohenlawpa.com
Email: dc@cohenlawpa.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Telephone: 305-446-1500
Facsimile: 305-446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23709-MGC

WILSON VILLA,
and other similarly situated individuals,

    Plaintiff(s),

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually

    Defendants,

_____/

**ORDER RESCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Mediator **Dan Feld, Esq.**, and the mediation will take place April 29, 2022 at 2 :00 pm. via Zoom Video Conference..

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of _____, 2022.

    **MARCIA G. COOKE**
    **US DISTRICT JUDGE**