UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23709-COOKE/O'SULLIVAN

WILSON VILLA,
and other similarly situated individuals,

  Plaintiff,

v.

TURCIOS GROUP CORP,
and HENRY TURCIOS, individually,

  Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT

Defendants, TURCIOS GROUP CORP ("TGC") and HENRY TURCIOS ("TURCIOS"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 12, herein file their answer and affirmative defenses to Plaintiff WILSON VILLA's First Amended Complaint, and state as follows:

  1.  Admitted that this is an action to recover unpaid overtime wages and denied in all other respects.

  2.  Denied.

  3.  Admitted that TGC is a Florida corporation with its principal place of business in Miami-Dade, Florida and denied in all other respects.

  4.  Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 4, and therefore strict proof thereof is hereby demanded.

  5.  Admitted that TURCIOS is the Vice President and is a Director of TGC, and denied in all other respects.

6. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 6, and therefore strict proof thereof is hereby demanded.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Admitted that Plaintiff did not clock in and out, and denied in all other respects.

25. Denied.

26. Denied.

27. Denied.

COHEN LAW
2332 Galiano Street, Second Floor, Coral Gables, FL 33134
Telephone: 305.967.7550 Facsimile: 305.547.9922

28. Denied.

29. Denied.

30. Denied.

## **COUNT I**

31. Defendants re-state and re-aver their responses to the allegations in paragraphs 1 through 30, as if fully set forth herein.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. The Defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 54, and, therefor, strict proof thereof is demanded.

## AFFIRRMATIVE DEFENSES

1. As a first affirmative defense, the Defendants state that the Fair Labor Standards Act does not apply to Defendants, in that TGC is not engaged in interstate commerce and does not have gross sales exceeding $500,000.

2. As a second affirmative defense, the Defendants state that the Fair Labor Standards Act does not apply to Defendants, in that Plaintiff was an independent contractor and not an employee of TGC.

3. As a third affirmative defense, the Defendants state that Plaintiff's claim for liquidated damages is barred in whole, or in part, as thee Defendants were at all times acting in good faith.

4. As a fourth affirmative defense, the Defendants state that Plaintiff was fully and properly compensated for work performed.

Respectfully submitted,

**COHEN LAW**
2332 Galiano Street
Second Floor
Coral Gables, FL 33134
Tel: (305) 967-7550

                                                           Fax: (305) 547-9922
                                                           Email: kg@cohenlawpa.com
                                                           Email: dc@cohenlawpa.com

                                                           */s/ Keith R Gaudioso*
                                                           Danielle Cohen, Esq.
                                                           Fla. Bar No.: 27623
                                                           Keith R. Gaudioso, Esq.
                                                           Fla. Bar No.: 34436

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: Zandro E. Palma, Esq., Zandro E. Palma, P.A., 9100 S. Dadeland Blvd., Suite 1500, Miami, FL 33156, zep@thepalmalawgroup.com.

                                                           */s/ Keith R Gaudioso*
                                                           Keith R. Gaudioso, Esq.