# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-23709-MGC

Plaintiff:
**WILSON VILLA AND OTHER SIMILARLY SITUATED INDIVIDUALS**

vs.

Defendant:
**TURCIOS GROUP CORP, AND HENRY TURCIOS INDIVIDUALLY,**

For:
Zandro E. Palma
THE LAW OFFICE OF ZANDRO E. PALMA, P.A.
9100 South Dadeland Blvd.
Suite 1500
Miami, FL 33156

Received by Lindsay Legal Services, Inc on the 25th day of February, 2022 at 12:25 pm to be served on **LEONARDO RODRIGUEZ, 11741 SW 152 PATH, MIAMI, FL 33196**

I, ARLINE YAGUE, do hereby affirm that on the **15th day of April, 2022** at **2:28 pm, I:**

**SUBSTITUTE** served by delivering a true copy of **SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Maria Baño** as **Wife** at the address of**: 12063 SW 131 AVENUE, MIAMI, FL 33196** the within named person's usual place of **abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/28/2022  1:15 pm  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, No response at the door car outside
3/2/2022  10:07 am  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, spoke with defendant over the phone he said he will be @ at his work address 12063 sw 131 ave around 2 pm he gave me his #786 252 1284
3/9/2022  9:08 am  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, called defendant not home at the moment.
3/15/2022  4:10 pm  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, spoke with defendant he says he's not home nor in the second address he asked me to call him tomorrow to see if he's available.
3/22/2022  12:12 pm  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, no response at the door at this time
4/1/2022  11:17 am  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, called subject for service no response at this time. Pass by home no Cars outside.
4/14/2022  8:51 am  Attempted service at 11741 SW 152 PATH, MIAMI, FL 33196, knocked on the door, no response at this time no cars outside home.
4/15/2022  1:30 pm  Attempted service at 12063 SW 131 AVENUE, MIAMI, FL 33196, car outside, knocked on the door no response.
4/15/2022  2:28 pm  Attempted service at 12063 SW 131 AVENUE, MIAMI, FL 33196, one hour surveillance served on wife Maria Baño.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

## RETURN OF SERVICE For 1:21-CV-23709-MGC

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**ARLINE YAGUE**
C.P.S # 10038

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2022000499

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z